UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

UNITED STATES OF AMERICA,    )
                             )
    Plaintiff,                )
                             )
v.                           )   No. 4:08CR00675 ERW (TIA)
                             )
ANGELA M. STUPP,             )
                             )
    Defendant.                )

### ORDER FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed hereon, the United States Attorney for the Eastern District of Missouri hereby dismisses the indictment against the defendant.

CATHERINE L. HANAWAY
United States Attorney

_____
JEFFREY B. JENSEN
Assistant United States Attorney

Leave of Court is granted for the filing of the foregoing dismissal.

_____
UNITED STATES DISTRICT JUDGE

Dated: This 27th day of March, 2009.

cc: U.S. Marshal's Service